UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH LYNN DAVIES and KATHLEEN DAVIES**                                              **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO.1:06CV0183 LTS-JMR**

**STATE FARM FIRE and CASUALTY COMPANY, ET AL.**                           **DEFENDANTS**

## ORDER

In light of the settlement reached between State Farm Fire and Casualty Company and the plaintiffs, and in light of the order [154] of partial dismissal entered on August 13, 2007, it is hereby

**ORDERED**

That the motion [95] of State Farm Fire and Casualty Company for summary judgment is hereby **DENIED AS MOOT**.

**SO ORDERED** this 23rd day of August, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE